IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

United States of America,

    -vs                                            Cr. A. No. 7:22-cr-0779

McKinley Quarles,

        Defendant.

**DEFENDANT'S MOTION TO OBTAIN GRAND JURY MATERIAL**

Mr. Quarles' attorney moves to be allowed to review Grand Jury materials in preparation for trial. The electronic discovery in this case is voluminous and the materials relating to Mr. Quarles sparse. It is imperative that counsel view the information presented to the Grand Jury that supported the Government's request that the Grand Jury indict Mr. Quarles.

The motion is based upon Mr. Quarles Sixth Amendment right to have compulsory process for obtaining witnesses in his favor, upon this Court's Standing Order Governing Discovery as it pertains to Grand Jury matters, and Rule 6(e)(3)(E)(i), FRCrP.

June 23, 2023.                                                s/ William H. Ehlies II

                                                            WILLIAM H. EHLIES, II
                                                            ATTORNEY AT LAW
                                                            Post Office Box 605
                                                            Belton, South Carolina  29627
                                                            Ph 864-232-3503
                                                            hank@ehlieslaw.com

1

**LOCAL CRIMINAL RULE 12.02**

      Paragraph 4 of Judge Coggins' Standing Order and Local Rule 12.02 states that attorneys are to consult. Counsel hereby affirms that he reached out to the Assistant United States Attorney concerning the Grand Jury materials.